IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

State of North Carolina ex rel. Monroe & Morden, PLLC, Administrator of the Estate of Leona Rita Zaloga, and Monroe & Morden, PLLC, Administrator of the Estate of Leona Rita Zaloga,

Plaintiffs,

v.

Caroline Zaloga Schiffer, and Philadelphia Indemnity Insurance Company,

Defendants.

Case No. 5:26-cv-00142-FL

**NOW COME** Plaintiffs Monroe & Morden, PLLC, Administrator of the Estates of Leona Rita Zaloga and Karol Walter Zaloga (hereinafter "Plaintiffs" by and through their undersigned attorney, pursuant to the Federal Rules of Civil Procedure, and hereby moves the Court to enter an Order extending the time to answer or otherwise respond to Defendant Philadelphia Indemnity Insurance Company's First Set of Interrogatories, Requests for Admissions and Requests for Production in the above-referenced action by thirty (30) days to and including the 31st day of August, 2026.

In support of this Motion, the undersigned counsel respectfully shows unto the Court that time in which to answer or otherwise respond has not yet expired, said Plaintiffs were purportedly served on June 30, 2026 and Plaintiffs have not previously requested an extension of time, and additional time is required to properly prepare and submit a response on behalf of the Plaintiffs. Monroe & Morden, PLLC, Administrator of the Estates of Leona Rita Zaloga and Karol Walter Zaloga.

**SIGNATURE PAGE TO FOLLOW**

This the 14th day of July, 2026.

**HOWARD STALLINGS LAW FIRM**

BY: /s/*Douglas D. Noreen*
Douglas D. Noreen (NC State Bar No. 41484)
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Email: dnoreen@howardstallings.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the **Motion for Extension of Time and Proposed Order** was electronically filed via the Court's CM.ECF system, which will send notification of such filing to the following party:

David A. Harris
Manier & Herod
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
dharris@manierherod.com
*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*

And was duly served in this action by depositing a true copy hereof, postage prepaid, in the United States Mail and addressed as follows:

Caroline Zaloga Schiffer
25 Windsor Road
Hawley, PA 18428
*Defendant*

This the 14th day of July, 2029.

**HOWARD STALLINGS LAW FIRM**

*/s/Douglas D. Noreen*
Douglas D. Noreen
State Bar # 41484
P.O. Box 12347
Raleigh, NC 27605
Telephone 919-821-7700
Facsimile: 919-821-7703
dnoreen@howardstallings.com
*Attorneys for Plaintiff*